55 A.3d 931

**Robert Mitchell ACKER**

v.

**STATE of Maryland.**

**No. 91, Sept. Term, 2012.**

Court of Appeals of Maryland.

Nov. 20, 2012.

Circuit Court, Anne Arundel County, Michael John Algeo, J.

Ben Miller, Asst. Public Defender (Paul B. DeWolfe, Public Defender, Office of the Public Defender, Baltimore, MD), for petitioner.

Ryan R. Dietrich, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), for respondent.

Submitted before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and McDONALD, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 20th day of November, 2012,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, summarily vacated, and the case is remanded to that Court for further consideration in light of *Thomas v. State,* 429 Md. 85, 55 A.3d 10 (2012). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.